**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                    **Case No.  4:13CR000265-001 KGB**

**ROBBIE CHRISTOPHER TUCK**                                        **DEFENDANT**

**ORDER**

Pending before the Court is the government's unopposed motion to continue the suppression

hearing currently scheduled for 1:30 p.m. on Tuesday, June 10, 2014 (Dkt. No. 34).  For good cause

shown, the motion is granted (Dkt. No. 34).

The hearing on defendant Robbie Christopher Tuck's motion to suppress evidence (Dkt. No.

30) is hereby rescheduled for *1:30 p.m. on Tuesday, June 17, 2014*, in Courtroom #4-C, Richard

Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas,

before the Honorable Kristine G. Baker, United States District Judge.

IT IS SO ORDERED this 13th day of May, 2014.

_____
Kristine G. Baker
United States District Judge