IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                       Case No. 4:13-cr-00265 KGB

ROBBIE CHRISTOPHER TUCK                                       DEFENDANT

**FINAL ORDER OF FORFEITURE**

On February 20, 2015, the Court entered a Preliminary Order of Forfeiture (Dkt. 49), ordering defendant Robbie Christopher Tuck to forfeit his interest in:

A. A Ruger, Model 10/22, .22 caliber rifle, serial number 119-77329;

B. A Rock River Arms, Model LAR-15, 5.56 mm caliber rifle, serial number KT1122135;

C. A Remington, Model 870 Express Magnum, .12 gauge caliber shotgun, serial number B521075M;

D. An Izmash, (IMEZ), Model Saiga, 7.62x39 caliber rifle, serial number H04102419;

E. A Taurus, Model PT145 PRO, .45 ACP caliber pistol, serial number NBX18801;

F. A Taurus, Model R462, .357 caliber revolver, serial number AU527370;

G. A Ruger, Model Super Redhawk, .45 colt caliber revolver, serial number 551-75401; and

H. 633 rounds of assorted ammunition.

(collectively "forfeited property").  The Order provided that it would become final as to Mr. Tuck at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property.  The Court has sentenced Mr. Tuck, and no one has filed

a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

SO ORDERED this 27th day of May, 2015.

_____
Kristine G. Baker
United States District Judge